IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH LAMAR KNIGHT, | : |
| Plaintiff, | : CIVIL ACTION FILE |
| V. | : NO. <u>1:09-CV-1790-TWT</u> |
| FORSYTH COUNTY, GEORGIA, et al., | : |
| Defendants. | : |
| _____ | : |

## **NOTICE OF DEPOSITION**

TO:  Robin Riffle
c/o Thomas R. Mondelli
Jarrard & Davis, LLP
105 Pilgrim Village Drive
Suite 200
Cumming, Georgia 30040

Pursuant to Fed. R. Civ. P. 30, the Plaintiff hereby gives Notice that the Plaintiff will take the deposition of the Defendant, ROBIN RIFFLE, on Monday, August 23, 2010 at 9:00 a.m., and continuing from day-to-day until completed, before an authorized court reporter at the offices of counsel for the Defendants, Jarrard & Davis, LLP, 105 Pilgrim Village Drive, Suite 200, Cumming, Georgia 30040.

Said deposition is being taken for the purpose of discovery, use at trial, if necessary, and any other lawful purposes.

This <u>5th</u> day of August, 2010.

                                                  Respectfully submitted,

                                                  <u>/s/ Adam J. Knight</u>
                                                  Adam J. Knight
                                                  Florida Bar No. 69400
                                                  Attorney for the Plaintiff
                                                  Appearing *pro hac vice*

Adam J. Knight, P.A.
4830 West Kennedy Boulevard
Suite 575
Tampa, Florida 33609
Tele. 813.286.4300
Fax. 813.489.2559
aknight@ajk-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Notice of Deposition by CM/ECF electronic delivery and by U.S. Mail, with sufficient postage affixed thereon, upon counsel for the Defendants:

    Jarrard & Davis, LLP
    105 Pilgrim Village Drive
    Suite 200
    Cumming, GA 30040.

this 5th day of August, 2010.

                                                        /s/ Adam J. Knight
                                                        Adam J. Knight
                                                        Florida Bar No. 69400
                                                        Attorney for the Plaintiff
                                                        Appearing *pro hac vice*

Adam J. Knight, P.A.
4830 West Kennedy Boulevard
Suite 575
Tampa, Florida 33609
Tele. 813.286.4300
Fax. 813.489.2559
aknight@ajk-law.com