IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH LAMAR KNIGHT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 1:09-CV-1790-AT |
| V. | : | |
| | : | |
| BENJAMIN A. FINLEY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF LEAVE OF ABSENCE

NOW COMES lead trial counsel for the Plaintiff, Adam J. Knight, Esq., and, pursuant to LR 83.1(E)(3), hereby submits this Notice of Leave of Absence for the following dates: December 28, 2011 through January 15, 2012. The purpose of this leave is for Mr. Knight's international travel. To the knowledge of the undersigned counsel, this matter is not currently set for any hearing or trial during the period of unavailability.

Respectfully submitted,

/s/ Adam J. Knight
Adam J. Knight, Esq.
Florida Bar No. 69400
Attorney for the Plaintiff

Henry W. Hicks, P.A.
601 South Fremont Avenue
Tampa, Florida 33606
Tele. 813.876.3113
Fax. 813.871.9202
aknight@ajk-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that I filed a copy of the foregoing Notice of Leave of Absence by using the CM/ECF system, which will send electronic copies to all counsel of record in this action.

                                        /s/ Adam J. Knight
                                        Adam J. Knight, Esq.
                                        Florida Bar No. 69400