FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 30 2012

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# Adam J. Knight

601 South Fremont Avenue, Tampa, Florida 33606
Tele. 813.876.3113    Fax. 813.871.9202
aknight@titlemark.net

---

December 12, 2011

Honorable Amy Totenberg
Attn: Courtroom Deputy
75 Spring Street S.W.
Room 2321 Richard B. Russell Federal Building
Atlanta, Georgia 30303

      Re:    <u>Knight v. Finley, et al.</u>, U.S. District Court, Northern District of Georgia, Atlanta, Division, Case No. 09-CV-1790

            Notice of Unavailability

Your Honor:

I am lead counsel for the Plaintiff in this action. Under Local Rule 83.1(E)(3), I am submitting this notice of unavailability beginning June 5, 2012 and continuing through June 15, 2012. During this period, I will be in Seoul, Korea and will unavailable to appear before this Court.

If you have any concerns or if I may be of further assistance to this Court, please contact me by phone (813.876.3113, Ext. 229) or email (aknight@ajk-law.com) at your convenience.

Sincerely,

*[signature]*
Adam J. Knight, Esq.

Cc    Thomas R. Mondelli, Esq.
       Anirban Basu, Esq.