IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH LAMAR KNIGHT, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 1:09-CV-1790-AT |
| V. : | |
| : | |
| BENJAMIN A. FINLEY, et al., : | |
| : | |
| Defendants. : | |
| : | |

## JOINT MOTION FOR RELIEF
## FROM ORDER REQUIRING MEDIATION

Plaintiff JOSEPH LAMAR KNIGHT and Defendants BENJAMIN A. FINLEY, MARK HOFFMAN, and DAVID MARSH, by and through their respective undersigned counsel, submit this Joint Motion for Relief from Order Requiring Mediation, showing this Honorable Court as follows:

1. On May 14, 2012, this Court entered an Order [Doc. 81] granting in part and denying in part Defendants' Motion for Summary Judgment.[1]

2. On May 17, 2012, this Court entered an Order [Doc. 82] directing the parties to coordinate a mediation in this matter.

---

[1] After this Court's Order, the three remaining defendants are Benjamin A. Finley, Mark Hoffman, and David Marsh.

3. In compliance with the order setting mediation, the parties worked with Judge Cole to coordinate a date and time for mediation.

4. Mediation was initially set for June 15, 2012.

5. After setting the mediation, the parties initially worked to exchange offers and demands in compliance with this Court's order.

6. However, due to Medicare subrogation requirements and compliance guidelines under Federal law, Defendants require the issuance of a conditional payment letter. Plaintiff's counsel is currently attempting to obtain the required documentation, which should be available in the next sixty-five days.

7. In addition, Defendants filed a Notice of Appeal [Doc. 83] appealing this Court's denial of qualified immunity to Defendants Benjamin A. Finley, Mark Hoffman, and David Marsh.

8. Accordingly, the parties believe that mediation cannot occur at this time and would be unproductive when considering both the Medicare subrogation issue and the pending appeal.

9. The parties shall seek to mediate this matter as part of the Eleventh Circuit appeal process, and request leave to schedule mediation through the appropriate channels with the Eleventh Circuit Court of Appeal.

WHEREFORE, the parties respectfully pray that this Court enter an order relieving the parties from mediating this action at this time.[2]

Respectfully submitted,

| | |
|---|---|
| /s/ Adam J. Knight | /s/ Thomas R. Mondelli |
| Adam J. Knight, Esq. | Thomas R. Mondelli, Esq. |
| Florida Bar No. 69400 | Georgia Bar No. 141543 |
| Attorney for the Plaintiff | Attorney for the Defendants |
| | |
| Henry W. Hicks, P.A. | Jarrard & Davis, LLP |
| 601 South Fremont Avenue | 105 Pilgrim Village Drive, Suite 200 |
| Tampa, Florida 33606 | Cumming, Georgia 30040 |
| Tele. 813.876.3113 | Tele. 678.455.7150 |
| Fax. 813.871.9202 | Fax. 678.455.7149 |
| aknight@ajk-law.com | tmondelli@jarrard-davis.com |

### CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing Joint Motion for Relief from Order Requiring Mediation by using the CM/ECF system, which will send electronic copies to all counsel of record in this action.

/s/ Adam J. Knight
Adam J. Knight, Esq.
Florida Bar No. 69400

---

[2] The parties would likely raise no objection to mediation before this Court in the event Defendants' appeal is denied.