IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH LAMAR KNIGHT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION CASE NO. |
| | : | 1:09-CV-1790-AT |
| BEN A. FINLEY, individually, | : | |
| | : | |
| Defendant. | : | |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Joseph Lamar Knight and Defendant Ben A. Finley and file this Joint Notice of Settlement. The parties hereby advise the Court that they have this date reached an agreement as to settlement of the above-styled case. A formal settlement agreement is being prepared and, upon execution and the exchange of consideration, a dismissal with prejudice will be forthcoming.

This 15th day of November, 2013.

Respectfully submitted,

**JARRARD & DAVIS, LLP**

 /s/ Sean P. Kane
Ken E. Jarrard
Georgia Bar No. 389550
Sean P. Kane
Georgia Bar No. 817817

1

                                             Attorneys for Defendant

105 Pilgrim Village Drive
Suite 200
Cumming, Georgia  30040
(678) 455-7150     (telephone)
(678) 455-7149     (facsimile)

                                             **HENRY W. HICKS, P.A.**

                                              /s/ Adam J. Knight*
                                             Adam J. Knight, Esq.
                                             Florida Bar No. 69400

                                             Attorney for the Plaintiff
                                             *By Sean P. Kane with
                                             express permission

601 South Fremont Avenue
Tampa, Florida 33606
(813) 876-3113     (telephone)
(813) 871-9202     (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this day I filed a copy of the foregoing JOINT NOTICE OF SETTLEMENT via CM/ECF, which will make automatic, electronic service of the document to the following:

>Adam J. Knight, Esq.
>Henry W. Hicks, P.A.
>601 South Fremont Avenue
>Tampa, Florida 33606

This 15th day of November, 2013.

**JARRARD & DAVIS, LLP**

/s/ Sean P. Kane
Sean P. Kane
Georgia Bar No. 817817

Attorney for Defendant

105 Pilgrim Village Drive
Suite 200
Cumming, Georgia  30040
(678) 455-7150 (telephone)
(678) 455-7149 (facsimile)