IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH LAMAR KNIGHT,

   Plaintiff,

v.

BEN A. FINLEY, individually,

   Defendant.
_____/

CIVIL ACTION CASE NO.

11:09-CV-1790-AT

## JOINT STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Joseph Lamar Knight and Defendant Ben A. Finley and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this joint stipulation that Plaintiff hereby voluntarily dismisses the above action with prejudice.

This 16th day of December, 2013.

Respectfully submitted,

 /s/ Adam J. Knight
Adam J. Knight, Esq.
Florida Bar No. 69400

Attorney for the Plaintiff

601 South Fremont Avenue
Tampa, Florida 33606
(813) 876-3113    (telephone)
(813) 871-9202    (facsimile)

**JARRARD & DAVIS, LLP**

 /s/ Sean P. Kane*
Ken E. Jarrard
Georgia Bar No. 389550
Sean P. Kane
Georgia Bar No. 817817

                                                    Attorneys for Defendant

                                                    *By Adam J. Knight with
the express permission of
Sean P. Kane

105 Pilgrim Village Drive
Suite 200
Cumming, Georgia  30040
(678) 455-7150        (telephone)
(678) 455-7149        (facsimile)

## CERTIFICATE OF SERVICE

      I certify that on this day I filed a copy of the foregoing JOINT STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE via CM/ECF, which will make automatic, electronic service of the document to the following:

                              Ken E. Jarrard
                              Sean P. Kane
                       105 Pilgrim Village Drive
                                Suite 200
                       Cumming, Georgia  30040

      This 16th day of December, 2013.

                                              /s/ Adam J. Knight
                                             Adam J. Knight, Esq.
                                             Florida Bar No. 69400